JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SERVIN, ARACELY SERVIN, <br><br>            Plaintiff, <br><br>    v. <br><br>WASHINGTON MUTUAL BANK, QUALITY LOAN SERVICE CORP., DOES I - X Inclusive, <br><br>            Defendants. | Case No. EDCV 09-0026-VAP (OPx) <br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: February 13, 2009              /s/ Virginia A. Phillips
                                       VIRGINIA A. PHILLIPS
                                       United States District Judge